# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

David McCray

                Plaintiff,

v.                                     Case No.: 1:13−cv−08602
                                             Honorable John Z. Lee

Residential Mortgage

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2014:

        MINUTE entry before the Honorable John Z. Lee: Case called for Status on 7/1/14. On March 18, 2014, the Court held a status hearing, but Plaintiff failed to appear. At that time, the Court scheduled another status hearing for 4/29/14 and informed Plaintiff that, if he did not appear, the case would be dismissed without prejudice. On 4/29/14, Plaintiff again failed to appear. The Court provided Plaintiff with yet another opportunity and scheduled another status hearing for 7/1/14. Again, the Court cautioned Plaintiff that the case would be dismissed if he failed to appear on 7/1/14. Plaintiff failed to appear for a status hearing today for a third time, despite the Court's orders. Accordingly, this case is dismissed without prejudice. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.